**FILED**

AUG 2 8 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-13-0206 JST |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| RAGHAV CHANDRA AREKAPUDI, | |
| Defendant. | |

For Good Cause Shown, the Court finds that the defendant, RAGHAV CHANDRA

AREKAPUDI,  has knowingly and intelligently waived his right to personally attend the hearing

now scheduled for August 30, 2013, and is excused from personally attending the hearing.

**IT IS SO ORDERED**

DATED: August 28, 2013

_____
HON. JON S. TIGAR
United States District Judge

STIP. REQ. AND [~~PROPOSED~~] ORDER
TO EXCUSE DEFENDANT'S APPEARANCE
No. CR-13-0216-JST