UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RAGHAV CHANDRA AREKAPUDI,<br><br>    Defendant. | No. CR-13-0206 JST<br><br>[PROPOSED] ORDER |

For Good Cause Shown, IT IS HEREBY ORDERED that the current sentencing hearing now set for June 27, 2104, is vacated, and the case is re-set for sentencing on July 18, 2014, at 1:00 p.m.

DATED: May 21, 2014

IT IS SO ORDERED

Judge Jon S. Tigar

STIP. REQ. AND [PROPOSED] ORDER
TO RE-SET SENTENCING HEARING
No. CR-13-0216-JST