JOHN J. JORDAN, ESQ.   (State Bar No. 175678)
400 Montgomery Street, Ste. 200
San Francisco, CA   94104
Tele:  (415) 391-4814
Fax:   (415) 391-4308

Attorney for Petitioner
RAGHAV CHANDRA AREKAPUDI.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAGHAV CHANDRA AREKAPUDI,<br><br>Defendant. | No. CR-13-206 JST<br><br>**STATUS REPORT AND  [PROPOSED] ORDER TO RESET STATUS HEARING FROM MAY 27, 2015 TO JUNE 26, 2015** |

The above captioned case was heard before the Court on January 30, 2015. At that time, the case was continued to March 27, 2015, for status.

On March 25, 2015, at the request of the parties, the Court continued the case to May 29, 2015, for a further status report.  The parties now request that the court continue the May 29, 2015 hearing to June 26, 2015.

On May 11, 2015, counsel for defendant spoke with Dr. Rick DeMier, the psychologist at the U.S. Medical Center for Federal Prisoners, in Springfield, Missouri who is currently evaluating the defendant at Springfield.

Dr. DeMier informed counsel that he is in the process of completing his report on the defendant, having completed the 30-day evaluation period.  Dr. DeMier believed that he would

be able to complete the report shortly, and would then forward the report to the Court. The Court would then release the report to counsel.

In addition, Dr. DeMier and counsel for the defendant began the process of arranging for counsel to speak with the defendant after the report is released to the parties.

Dr. DeMier informed counsel that he thought it would be preferable that the defendant remain at Springfield, Missouri, and continue to receive treatment in the immediate future, while the parties review the report. Counsel agree with this assessment.

Accordingly, the parties request that the court continue the May 29, 2015 hearing to June 26, 2015, to allow the parties additional time to review the anticipated report on the defendant's competence, and to allow the defendant to remain at Springfield for the immediate future.

The parties further agree that there are no Speedy Trial Act implications to this request since the case is in post-sentencing proceedings.

DATED: May 12, 2015.

/s/ Elise Becker  
ELISE BECKER  
Assistant United States Attorney

/s/ John J. Jordan  
JOHN J. JORDAN  
Counsel for Defendant

SO ORDERED.

DATED: May 13, 2015

IT IS SO ORDERED  
Judge Jon S. Tigar

STIP. REQ. AND [PROPOSED] ORDER  
TO RE-SET STATUS HEARING  
No. CR-13-0216-JST                                2