JOHN J. JORDAN, ESQ.   (State Bar No. 175678)
400 Montgomery Street, Ste. 200
San Francisco, CA   94104
Tele:  (415) 391-4814
Fax:   (415) 391-4308

Attorney for Petitioner
RAGHAV CHANDRA AREKAPUDI.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-13-206 JST |
| Plaintiff, | |
| v. | **STIPULATION AND  [PROPOSED] ORDER TO RESET STATUS HEARING FROM SEPTEMBER 23, 2015 TO SEPTEMBER 25, 2015** |
| RAGHAV CHANDRA AREKAPUDI, | |
| Defendant. | |

The above captioned case was heard before the Court on August 28, 2015. At that time, the case was continued to September 23, 2015, for status.

Counsel for Arekapudi is currently in trial in *United States v. Lennie Luan Le,* Cr 13-079-RMW.  The current trial schedule calls for the jury receiving the case on Tuesday, September 22, 2015.  Counsel is concerned that the jury may still be deliberating on September 23rd.  For this reason, the parties now request that the court continue the case to September 25, 2015, at 9:30 a.m., on the court's San Francisco.  Both counsel and Probation Officer Tam are available that day.

In addition, both counsel spoke today in a conference call with Dr. Rick DeMier, the psychologist at the U.S. Medical Center for Federal Prisoners, in Springfield, Missouri who is

1 | currently evaluating the defendant at Springfield.  Dr. DeMier indicated he would also be
2 | available by telephone on Friday, September 25, 2015, should the Court wish to confer with him.
3 |     Finally, both counsel conferred today with Probation Office Tam about the potential
4 | suitability of private placement of the defendant in a Los Angeles facility.  The parties will confer
5 | further next week in advance of the court hearing.
6 |     Accordingly, the parties request that the court continue the case until September 25, 2015, at
7 | 9:30 a.m., to accommodate counsel's trial schedule and to allow the parties additional time to
8 | confer prior to the hearing.
9 |     The parties further agree that there are no Speedy Trial Act implications to this request since
10 | the case is in post-sentencing proceedings.

DATED: September 18, 2015.

/s/ Elise Becker                                         /s/ John J. Jordan
ELISE BECKER                                             JOHN J. JORDAN
Assistant United States Attorney                         Counsel for Defendant

SO ORDERED.

DATED: September 21, 2015

IT IS SO ORDERED
Judge Jon S. Tigar

STIP. REQ. AND [~~PROPOSED~~] ORDER
TO RE-SET STATUS HEARING
No. CR-13-0216-JST                    2