1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  ELISE BECKER (NYBN 2540730)
   Assistant United States Attorney
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6878
       Fax: (415) 436-7234
7      Email: elise.becker@usdoj.gov

8  Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 13-0206 JST |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER TO RELEASE ON BAIL |
| v. | ) |
| RAGHAV CHANDRA AREKAPUDI, | ) |
| Defendant. | ) |

Based on the parties' stipulation and prior hearings relating to the status of this supervised release violation, the Court HEREBY ORDERS defendant Raghav Arekapudi (Arekapudi) released from the custody of the Attorney General on the following conditions:

1. Upon receipt and verification of this Order of Release, the Bureau of Prisons (BOP) is ordered to escort the defendant to Aurora Las Encinas Hospital (the facility) in Pasadena, California, after all release arrangements are satisfactory and complete, no later than 21 days of the filing of this Order, absent further Order of the Court;

2. BOP shall deliver Arekapudi to the private transportation company West Shield Adolescent Services (West Shield) upon Arekapudi's arrival in BOP custody to the Los Angeles Airport, at which time Arekapudi will be considered to be released from BOP custody;

3. West Shield shall immediately transport Arekapudi from the Los Angeles Airport to the facility;

4. The facility shall receive Arekapudi from West Shield upon arrival at the facility and shall assume custody and care of him immediately;

5. Arekapudi shall remain at the facility on lock down as long as medically necessary, a determination which will be made by and at the facility;

6. Arekapudi shall participate in mental health counseling as directed by the facility;

7. Arekapudi shall comply with all rules and regulations of the facility while at the facility, either as an in-patient or out-patient;

8. Arekapudi shall not leave the facility and shall not be allowed to leave the facility without prior approval from the Probation Office;

9. The Probation Office shall be permitted to verify Arekapudi's status at the facility at any time;

10. All original conditions of Arekapudi's terms of release on probation shall remain in full effect until further Order of the Court.

SO ORDERED.

DATED: November 2, 2015

_____
JON S. TIGAR
United States District Judge