UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-13-0206 JST |
| Plaintiff, | ) | [PROPOSED] ORDER AMENDING CONDITIONS OF THE DEFENDANT'S TERM OF PROBATION |
| v. | ) | |
| RAGHAV CHANDRA AREKAPUDI, | ) | |
| Defendant. | ) | |

For Good Cause Shown by the stipulation provided by the parties, IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 3565(a)(1), that the Court take judicial notice of the probation violations set out in the October 27, 2014 Form 12 petition, continue the defendant on probation, but impose the following additional conditions, all other previous conditions to remain in effect:

The defendant will forthwith be required to maintain residence at THE BRIDGE TRANSITIONAL TREATMENT PROGRAM in Los Angeles, California, subject to all the terms and conditions of the program. The defendant would be financially responsible for treatment payment. The defendant would be subject to location monitoring under the supervision of the U.S. Probation Department while at the treatment program, and could not change residence or leave the program without prior approval by written order of this Court.

The Probation Department shall have authority to set reasonable conditions regarding the

//

//

1   implementation of location monitoring, including discretion to grant temporary leave from the
2   facility for legal, medical, religious, or psychiatric treatment reasons.

4   DATED: January 21, 2016.

_____
HON. JON S. TIGAR
United States District Judge

STIP. REQ. AND [PROPOSED] ORDER
TO AMEND CONDITIONS OF PROBATION
No. CR-13-0216-JST