UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-13-0206 JST |
| Plaintiff, | ) ) | [PROPOSED] ORDER AMENDING CONDITIONS OF THE DEFENDANT'S TERM OF PROBATION |
| v. | ) ) | |
| RAGHAV CHANDRA AREKAPUDI, | ) ) | |
| Defendant. | ) ) ) | |

For Good Cause Shown by the stipulation provided by the parties, IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 3565(a)(1), that the Court continues the defendant on probation, but imposes the following additional conditions:

The defendant will forthwith be required to maintain residence at the Aurora Las Encinas Medical Facility, in Pasadena, California, subject to all the terms and conditions of the program, for as long as medically necessary.  The defendant would be financially responsible for treatment payment.  The defendant can not change residence or leave the program without prior approval by written order of this Court.

DATED: April 14 , 2016.

IT IS SO ORDERED

Judge Jon S. Tigar

STIP. REQ. AND [PROPOSED] ORDER
TO AMEND CONDITIONS OF PROBATION
No. CR-13-0216-JST