JOHN J. JORDAN, ESQ.   (State Bar No. 175678)
400 Montgomery Street, Ste. 200
San Francisco, CA   94104
Tele:  (415) 391-4814
Fax:  (415) 391-4308

Attorney for Petitioner
RAGHAV CHANDRA AREKAPUDI.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-13-206 JST |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND  [PROPOSED]** |
| v. | ) | **ORDER TO RESET STATUS** |
| | ) | **HEARING FROM APRIL 29, 2016 TO** |
| RAGHAV CHANDRA AREKAPUDI, | ) | **JUNE 17, 2016** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

The above captioned case was heard before the Court on April 18, 2016. At that time, the case was continued to the previously set date of April 29, 2016.  The parties now ask the Court to continue the case until June 17, 2016, to allow the parties time to arrange a possible transfer of the defendant to a new residential mental health placement.

The parties have continued to confer regarding the status of the case. In addition, both counsel spoke in a conference call with Dr. Pylko, the psychologist treating the defendant. During consultation with Dr. Pylko, the doctor informed the parties that the defendant continued to make progress and that placement is a step-down facility was now possible.  Among other programs, Dr. Pylko recommended possible placement at The Sanctuary House in Santa Monica, CA.  The specific program is listed at www.sanctuarycenters.org/sanctuary-house.html.

1    After reviewing the proposed program, and after conferring with Probation Officer Aaron

2 Tam, the parties agreed that placement at the facility should be explored as an option.  The

3 defendant is currently applying for possible admission to the program, and is in the process of

4 being evaluated for possible admission.  If the program agrees to accept the defendant, then the

5 parties contemplate applying to this Court for an order authorizing the placement, should the

6 Court agree that the placement is in the interest of justice.  However, is appears that the process

7 may not be completed by this Friday, April 29, 2016.

8    Both counsel conferred today with Probation Office Tam about the potential suitability of

9 private placement of the defendant in The Sanctuary House, and all agree to seek a continuance

10 of the upcoming hearing to allow time to arrange a transfer, if authorized by the Court, and then

11 time for the defendant to adjust to the new program

12    Accordingly, the parties request that the court continue the case until June 17, 2016, at 9:30

13 a.m.

14    The parties further agree that there are no Speedy Trial Act implications to this request since

15 the case is in post-sentencing proceedings.

16

17 DATED: April 26, 2016

18

19 /s/ Elise Becker                              /s/ John J. Jordan
   ELISE BECKER                            JOHN J. JORDAN
20 Assistant United States Attorney      Counsel for Defendant

21

22 SO ORDERED.

23

24 DATED:   April 27, 2016



25

26

27

28