UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>  Plaintiff, )<br>  )<br>  v. )<br>  )<br>RAGHAV CHANDRA AREKAPUDI, )<br>  )<br>  Defendant. )<br>  )<br>_____ ) | No. CR-13-0206 JST<br><br>[PROPOSED] ORDER AMENDING CONDITIONS OF THE DEFENDANT'S TERM OF PROBATION |

For Good Cause Shown by the stipulation provided by the parties, IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 3565(a)(1), that the Court continues the defendant on probation, but imposes the following additional conditions, all other previous conditions to remain in effect:

The defendant will forthwith be required to maintain residence at PASADENA VILLAS PSYCHIATRIC TREATMENT FACILITY in Sevierville, Tennessee, subject to all the terms and conditions of the program. The defendant will travel directly upon release from Aurora Las Encinas Hospital by commercial air flights to PASADENA VILLAS PSYCHIATRIC TREATMENT FACILITY under the escort of Thomas Burruel BSW, Intervention 180.

The defendant would be financially responsible for transport and treatment payment. The defendant would be under the supervision of the U.S. Probation Department of the Eastern District of Tennessee while at the treatment program, and could not change residence or leave the program without prior approval by written order of this Court.

DATED: May  18 , 2016.

_____
HON. JON S. TIGAR
United States District Judge

STIP. REQ. AND [PROPOSED] ORDER
TO AMEND CONDITIONS OF PROBATION
No. CR-13-0216-JST