**FILED**
MAY 26 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-13-0206 JST |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER TERMINATING THE REMAINING TERM OF DEFENDANT'S PROBATION |
| v. | ) | |
| RAGHAV CHANDRA AREKAPUDI, | ) | |
| Defendant. | ) | |

For Good Cause Shown by the stipulation provided by the parties, IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 3564(c), that the Court orders that the remaining term of probation for defendant RAGHAV CHANDRA AREKAPUDI is hereby TERMINATED. The hearing date set for June 17, 2016, is hereby vacated.

DATED: May 26, 2016.

HON. JON S. TIGAR
United States District Judge

STIP. REQ. AND [PROPOSED] ORDER
TO TERMINATE PROBATION
No. CR-13-0216-JST